STATE v. JACKSON

[331 N.C. 113 (1992)]

STATE OF NORTH CAROLINA v. PAUL JACKSON

No. 321A91

(Filed 5 March 1992)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 103 N.C. App. 239, 405 S.E.2d 354 (1991), finding no error in a trial before *Griffin (Kenneth A.), J.*, at the 29 January 1990 Criminal Session of Superior Court, MECKLENBURG County, in which defendant was convicted of trafficking in cocaine by possessing 28 grams or more but less than 200 grams, trafficking in cocaine by transporting 28 grams or more but less than 200 grams and feloniously conspiring to commit the felony of trafficking in cocaine by possessing or transporting 28 grams or more but less than 200 grams. Heard in the Supreme Court 11 February 1992.

*Lacy H. Thornburg, Attorney General, by Robin Perkins Pendergraft, Assistant Attorney General, for the State.*

*Isabel Scott Day, Public Defender, 26th Judicial District, by Robert L. Ward, Assistant Public Defender, for defendant-appellant.*

PER CURIAM.

Affirmed.